**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | | |
|---|---|---|
| Amanda Benefiel | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action File No. |
| | ) | |
| | ) | 2:16-cv-199-WCO-JCF |
| v. | ) | |
| | ) | |
| Sonny's BBQ d/b/a/ | ) | |
| NEA-BBQ, LLC | ) | |
| And Shane White | ) | JURY TRIAL DEMANDED |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S COMPLAINT FOR DAMAGES AND**
**INJUNCTIVE RELIEF**

COMES NOW Amanda Benefiel, herein "Plaintiff" or "Plaintiff Amanda Benefiel," hereby files this Complaint for Damages and Injunctive Relief, showing the Court the following:

**Jurisdiction and Venue**

1

This is an action arising under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §20002, et seq. and Georgia state law. The jurisdiction of the Court is conferred pursuant to 28 U.S.C. §1331, and 28 U.S.C. §1367 for Plaintiff's state law claims.

2

1

Venue is proper in this court under 42 U.S.C. 2000e-(f) (3).

## Exhaustion of Administrative Remedies

3

Plaintiff Amanda Benefiel timely filed an EEOC charge of sexual discrimination, hostile work environment, and retaliation.  Plaintiff Amanda Benefiel filed this action within ninety days of the receipt of the Notice of Right to Sue and has exhausted her administrative remedies

## The Parties

4

Plaintiff Amanda Benefiel, female, is a former employee who was employed by Defendant NEA-BBQ, LLC (hereinafter referred to as "Defendant Employer"). Plaintiff Amanda Benefiel is and was at all times herein a citizen and a resident of the State of Georgia and is entitled to bring actions of this kind and nature.

5

Defendant Employer is a limited liability corporation incorporated in the state of Georgia, doing business in the Northern District of Georgia and is an "employer" within the meaning of Title VII of the Civil Rights Act of 1964.

6

2

Defendant Employer may be served with process pursuant to Rule 4 of the Federal Rules of Civil Procedure, by serving its registered agent for service:  Ron R. Donley, 5078 Bristol Industrial Way, Suite 200 Georgia 30518.

7

Defendant Shane White, hereinafter "Defendant White" or "White"  is a resident of the state of Georgia and was a management official employed by Defendant Employer at all relevant times.  White may be served with process pursuant to Rule 4 of the Federal Rules of Civil Procedure.

**Facts**

8

Plaintiff Amanda Benefiel was employed as a food server at Defendant Employer from approximately April 2013 –January 12, 2015.

9

Defendant Shane White was the manager of the restaurant where Plaintiff Benefiel was employed.

10

Defendant White enjoyed touching, punching, and pinching the female servers.

11

3

Plaintiff Benefiel did not like to be touched by Defendant White and she told this to Defendant White.

12

In early December 2014, Defendant White pinched Plaintiff Benefiel with such force that it left a large bruise.  At this time, Plaintiff Benefiel told Defendant White that if he ever touched her again, she would quit.

13

Following this, Defendant White stopped touching Plaintiff Benefiel, but began to verbally harass her.

14

On January 12, 2015, as Plaintiff Benefiel was coming out of the kitchen, Defendant White retaliated against Plaintiff Benefiel because of her refusal to allow him to touch her.

15

Defendant White grabbed Plaintiff Benefiel by the hair and took a hook used for slashing open very large bags and slashed her hair cutting off a large chunk of hair.

16

4

Defendant White began to laugh at Plaintiff Benefiel.  Plaintiff Benefiel, who was shocked by what Defendant White had done, began to cry and told Defendant White that she was not going to work for him.

17

As Plaintiff Benefiel tried to leave the restaurant, Defendant White followed her and tried to stop her from leaving the premises.  Then Defendant White prevented her from closing the door to her vehicle so that she could leave the premises.

18

Following the attack, Plaintiff Benefiel contacted the corporate office of NEA-BBQ and told the secretary that she wanted to file a complaint.

19

Two days later, a member of management contacted Plaintiff Benefiel and told her that he would look into the incident.

20

Following her complaint, all of Plaintiff Benefiel's attempts to contact management were ignored.

21

Plaintiff Benefiel did not return to work because no one from management had bothered to call and guarantee that she would not be subjected to further physical attacks and unlawful conduct.

22

Plaintiff was damaged financially, physically and emotionally by the Defendants' conduct.

**Count One: Gender Discrimination (Employer NEA-BBQ, LLC.)**

23

Plaintiff realleges and incorporates herein all preceding paragraphs of this Complaint.

24

Defendant Employer's  actions, by and through its employees, constitute unlawful discrimination in the terms and condition of Plaintiff Amanda Benefiel' s employment on the basis of his gender, in violation of Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, 42 U.S.C. 2000e, et seq.

25

As a direct and proximate result of Defendant Employer's violation of Title VII, Plaintiff Amanda Benefiel has been damaged and is entitled to all relief allowed by law, including but not limited to actual damages, compensatory damages, punitive damages and attorney's fee and costs.

## Count Two: Sexual Harassment (Employer NEA-BBQ, LLC.)

26

Plaintiff Amanda Benefiel realleges and incorporates herein all preceding paragraphs of this Complaint.

27

Defendant's actions, by and through its employees, constitute sexual harassment and creation of a sexually hostile work environment, in violation of Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, 42 U.S.C. 2000e, et seq.

28

As a direct and proximate result of Defendant's violation of Title VII, Plaintiff Amanda Benefiel has been damaged and is entitled to all relief allowed by law, including but not limited to actual damages, compensatory damages, punitive damages and attorney's fee and costs.

## Count Three: Retaliation (Employer NEA-BBQ LLC)

29

Plaintiff Amanda Benefiel realleges and incorporates herein all preceding paragraphs of this Complaint.

30

Defendant Employer's actions, by and through its employees, constitutes retaliation, in violation of Title VII of the Civil Rights Act of 1964, as amended by the Civil Rights Act of 1991, 42 U.S.C. 2000e, et seq.

31

As a direct and proximate result of Defendant's violation of Title VII, Plaintiff Amanda Benefiel has been damaged and is entitled to all relief allowed by law, including but not limited to actual damages, front pay damages, compensatory damages, punitive damages attorney's fee and costs., and pre-judgment interest.

### Count Four:  Assault And Battery (Defendant Shane White)

32

Plaintiff Amanda Benefiel re-alleges and incorporates herein all preceding paragraphs of this Complaint.

33

Defendant White's action, in the making of unwanted and offensive comments and touching of Plaintiff Amanda Benefiel constitutes unlawful assault and battery pursuant to Georgia state law.

34

As a direct and proximate result of Defendant White's unlawful conduct, Plaintiff Amanda Benefiel has been damaged financially, physically, and

emotionally and is entitled to all relief allowed by law, including but not limited to punitive damages.

### Count Five:  False Imprisonment (Defendant Shane White)

35

Plaintiff Amanda Benefiel re-alleges and incorporates herein all preceding paragraphs of this Complaint.

36

Defendant White's actions of holding Plaintiff Amanda Benefiel against her will, thereby depriving Plaintiff Amanda Benefiel of her personal liberty and falsely imprisoned the Plaintiff under the laws of the State of Georgia.

37

Said unlawful detention and imprisonment by Defendant White frightened, embarrassed, humiliated, shocked, and tormented Plaintiff Benefiel and caused her to suffer emotional, mental, and psychological harm.

38

As a direct and proximate result of Defendant White's unlawful false imprisonment pursuant to state law, Plaintiff Amanda Benefiel has been damaged and is entitled to all relief available to her, including but not limited to punitive damages.

### Count Six:  Invasion of Privacy (Defendant Shane White)

39

9

Plaintiff re-alleges and incorporates herein all preceding paragraphs of this Complaint.

40

Defendant White's actions in touching, holding, pulling, and attempting to prevent Plaintiff from escaping his physical contact and preventing her from leaving the premises along with other actions directed towards Plaintiff constitutes an invasion of privacy as defined by Georgia law.

41

As a direct and proximate result of the invasion of Plaintiff's privacy, Plaintiff has been damaged and is entitled to the relief set forth in the Prayer for Relief.

## **Count Seven:  Negligent Training, Supervision and Retention (Employer NEA-BBQ, LLC.)**

42

Plaintiff Amanda Benefiel realleges and incorporates herein all proceeding paragraphs.

43

Defendant Employer failed to properly train or supervise Defendant White so that his unlawful conduct would not take place.

44

By failing to respond to notification of Defendant White's unlawful conduct, Defendant NEA-BBQ, LLC, ratified Defendant White's conduct.

45

Defendant Employer had notice of and knew of Defendant Whites' conduct against Plaintiff Amanda Benefiel and other acts against female employees other than Plaintiff Benefiel.

46

Defendant Employer's failure to train, failure to investigate and/or take any action whatsoever, including termination of Defendant White so that the unlawful conduct would cease constitutes negligent training  supervision and retention pursuant to Georgia law.

47

As a direct and proximate result of the Defendant's negligent training, supervision and retention of Defendant Stephenson, Plaintiff Amanda Benefiel has been damaged and is entitled to all relief available to her including but not limited to punitive damages.

## Count Eight:   Intentional Infliction of Emotional Distress
### (Defendant White)

48

Plaintiff Amanda Benefiel re-alleges and incorporates herein all preceding paragraphs of this Complaint.

49

Defendants' actions as outlined above constitute intentional infliction of emotional distress so as to entitle Plaintiff Amanda Benefiel to damages, including punitive damages, against Defendants, pursuant to state law and as specified in the Prayer for Relief.

## Count Nine:  Invasion of Privacy (Defendant White)

50

Plaintiff re-alleges and incorporates herein all preceding paragraphs of this Complaint.

51

Defendant White's' actions in touching, holding, pulling, and attempting to prevent Plaintiff from escaping his physical contact and preventing her from leaving the premises along with other actions directed towards Plaintiff constitutes an invasion of privacy as defined by Georgia law.

52

As a direct and proximate result of the invasion of Plaintiff's privacy, Plaintiff has been damaged and is entitled to all available damages including punitive damages.

## Count Ten:  Ratification (Defendant NEA-BBQ, LLC)

53
.

Plaintiff re-alleges and incorporates herein all of the preceding paragraphs of this Complaint.

54

Defendant Employer's conduct is evidence of an on-going tolerance of Defendant White's unlawful and tortious conduct and therefore, is ratification of such unlawful conduct.  Thus, Defendant Employer has ratified such conduct and can be held liable under Georgia law.

55

As a direct and proximate result of Defendant Employer's ratification of Defendant White's unlawful and tortious conduct, Plaintiff has been damaged and is entitled to all relief, including punitive damages, as set forth in the Prayer for Relief.

**Count Eleven: Punitive Damages (Both Defendants)**

56

Plaintiff Amanda Benefiel re-alleges and incorporates herein all of the preceding paragraphs of this Complaint.

57

Defendants' conduct evidences willful misconduct, malice, fraud, wantonness, oppression, or that entire want of care which would raise a presumption of conscious indifference to the consequences.

58

As a direct and proximate result of Defendants' unlawful conduct, Plaintiff has been damaged and is entitled to punitive damages as set forth in Title VII and Georgia state law.

13

## Count Twelve:  Attorney's Fees - O.C.G.A. §13-6-11 (Both Defendants)

59

Plaintiff Amanda Benefiel re-alleges and incorporates herein all of the preceding paragraphs of the Complaint.

60

Defendants have acted in bad faith, been stubbornly litigious, and have caused Plaintiff Benefiel unnecessary trouble and expense, thereby entitling Plaintiff Amanda Benefiel to an award for expenses of litigation including attorney fees.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Amanda Benefiel demands judgment as follows:

(a)     That this Complaint be filed and served as provided by law;

(b)     That Plaintiff is awarded pre and post-judgment interest;

(c)     That Plaintiff is awarded all available damages for each and every FEDERAL AND STATE claim;

(c)     That Plaintiff is awarded punitive damages in an amount to be determined by the enlightened conscience of the jury;

(d)     That Plaintiff is awarded compensatory damages for the mental and emotional distress and lost wages she has suffered as a result of Defendant's conduct,

14

(e)     That costs of this litigation, including reasonable attorney fees, be cast upon Defendant;

(f)     That a trial by jury be allowed on all issues alleged in this Complaint;

(g)     That Plaintiffs be awarded such other and further relief as the Court deems just and proper.

Respectfully submitted this 18th day of August 2016.

/s/ Jamie G. Miller
Jamie G. Miller
Georgia Bar No. 507159

Jamie Miller Law, LLC
Suite 1200 One Securities Centre
Atlanta, GA 30324
404-841-9400 (telephone)
404-891-5769
jgmiller@jamiemillerlaw.com

.